AO 91 (Rev. 08/09)  Criminal Complaint

## UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br><br>JOSE L. BAEZ<br>*Defendant(s)* | )<br>)<br>)  Case No.  10-1732-TSH<br>)<br>)<br>) |

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  August 9, 2010  in the county of  Suffolk  in the  District of  Massachusetts , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 844(i) | Arson |

This criminal complaint is based on these facts:

See the attached Affidavit of Bureau of Alcohol, Tobacco, Firearms & Explosives Special Agent Brian Oppedisano, which is incorporated by reference.

☑ Continued on the attached sheet.

*Complainant's signature*

BRIAN OPPEDISANO, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  08/09/2010

*Judge's signature*

City and state:  Boston, Massachusetts    TIMOTHY S. HILLMAN, U.S. Magistrate Judge
*Printed name and title*