Case 1:10-mj-01732-TSH   Document 1-1   Filed 08/09/10   Page 1 of 2

# Criminal Case Cover Sheet
**U.S. District Court - District of Massachusetts**

Place of Offense: _____   Category No. _____   Investigating Agency: **ATF**

City: **Boston**

Related Case Information:

County: **Suffolk**

Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant **x**
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: **Jose L. Baez**   Juvenile: ☐ Yes  ☒ No

Alias Name: _____

Address: **156 Columbia Road, Apt. 5, Dorchester, MA**

Birth date (Year only): **1971**   SSN (last 4 #): ____   Sex **M**   Race: **Hispanic**   Nationality: **USA**

Defense Counsel if known: **William Fick, Esq.**   Address: **FD's Office**

Bar Number: _____

**U.S. Attorney Information:**

AUSA: **David Tobin**   Bar Number if applicable: _____

Interpreter: ☐ Yes  ☒ No   List language and/or dialect: _____

Victims: ☒ Yes  ☐ No   If Yes, are there multiple crime victims under 18 U.S.C. §3771(d)(2) ☒ Yes  ☐ No

Matter to be SEALED: ☐ Yes  ☒ No

☒ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

Arrest Date: **August 9, 2010**

☐ Already in Federal Custody as _____ in _____.
☒ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

Charging Document:   ☒ Complaint   ☐ Information   ☐ Indictment

Total # of Counts:   ☐ Petty ____   ☐ Misdemeanor ____   ☒ Felony ____

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: **August 9th, 2010**   Signature of AUSA: *[signature]*

JS 45 (5/97) - (Revised USAO MA 11/15/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Jose L. Baez

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 USC 844(i) | Arson of Property | |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**